IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES V. VAUGHN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3615 |
| | : | |
| CAPITAL ONE BANK (USA), a National Association | : | |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of Defendant Capital One Bank's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 6) and Plaintiff's Response in Opposition and the Sur-Replies of the Parties, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's Amended Complaint is DISMISSED for the reasons set forth in the Accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.